# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　Plaintiffs,<br>　　　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　Defendants. | Civil Action No. 12-1623 |
| THIS DOCUMENT RELATES TO:<br><br>Locks Law Firm v. Steven Hamilton<br>Attorney's Lien Dispute<br>(Doc. No. 8423) | |

## ORDER

**AND NOW**, this 7th day of January, 2019, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 10359), and no objection having been docketed, it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The Withdrawal of the Lien Dispute is **GRANTED**; and

3. The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

　　　　　　　　　　　　　　　　　　　　　　s/Anita B. Brody

　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

COPIES VIA ECF  1/8/2019